IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

LUIS ERNESTO CARRASQUILLO FLORES

DEBTOR(S)

CASE NO. 20-00787-ESL
CHAPTER 13

## TRUSTEE'S UNFAVORABLE REPORT
## ON POST CONFIRMATION MODIFIED PLAN DATED 12/16/2021

With respect to the above-referred payment plan with a base of $12,958.00 the Trustee Renders the following recommendation:

[ ] FAVORABLE      [X] UNFAVORABLE

The liquidation value of the estate is : $ 0.00

The general unsecured pool is : $ 0.00

The applicable commitment period (years) is: 3

**1. [X] FEASIBILITY 11 USC § 1325(a)(6):** Per PCM filed, payment of $7,100.00 as part of lump sum proposed is pending to be received.

2. [ ] INSUFFICIENTLY FUNDED § 1325(b):

3. [ ] UNFAIR DISCRIMINATION § 1322(b):

5. [ ] FAILS DISPOSABLE INCOME TEST § 1325(b)(1)(B):

4. [ ] FAILS LIQUIDATION VALUE TEST § 1325(a)(4):

6. [ ] DOES NOT PROVIDE FOR SECURED CREDITOR § 1325(a)(5):

**7. [X] OTHER:**

**Lump sum in the amount of $138.00 relates to 2020 tax refund that was received on 6/18/2021, instead of 6/18/2020. The date needs to be corrected in section 2.1 to reflect 6/18/2021**

NOTICE: This report anticipates Trustee's position as per 11 USC § 1302(b)(2) a copy of which has been served upon counsel for debtor(s). Copies are available to parties in interest at the Trustee's Office.

DATE: 12/23/2021

ROBERTO FIGUEROA
COUNSEL FOR DEBTOR(S)

/s/ Miriam Salwen Acosta
Miriam Salwen Acosta
USDC # 208910

**ALEJANDRO OLIVERAS RIVERA**
Chapter 13 Trustee
PO Box 9024062, Old San Juan Station
San Juan PR 00902-4062
CMC-GB